IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARY HEADY, | ) | |
| Plaintiff, | ) | No. 2:12-cv-00088 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 22), filed with a Memorandum in Support (Doc. No. 23). In requesting the Court enter a judgment remanding the case, Defendant states that "[O]n remand, the Administrative Law Judge will hold a new hearing and issue a new decision." (*Id.*) Plaintiff has filed a Response stating that she does not object to the Motion. (Doc. No. 24.)

The Motion is hereby **GRANTED**. The Court **REVERSES** and **REMANDS** this case to the Commissioner for proceedings consistent with those outlined in Defendant's Memorandum in Support. This Order terminates this Court's jurisdiction over the action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of April, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT